

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00350-CV
_____

ESTANISLAO RODRIGUEZ, APPELLANT

V.

TERI ROAD HOUSING, LTD. D/B/A WOODWAY SQUARE, APPELLEE

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-23-002343, Honorable Eric Shepperd, Presiding

November 6, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Estanislao Rodriguez, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee.[1]  By letter of October 6, 2023, the Clerk of this Court notified Rodriguez that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

the filing fee by October 16 would result in dismissal of the appeal. To date, Rodriguez

has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Rodriguez has failed to comply with a requirement of the appellate rules

and a notice from the Clerk requiring action within a specified time, we dismiss the appeal.

*See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam